# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Antonio Aguilar-Benitez;**<br>DOB: 1960; Mex. Citizen<br>**Beatriz Padres De Aguilar;**<br>DOB: 1959; Mex. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>09-07861M |

Complaint for violation of Title 31 United States Code § 5316
Title 31 United States Code § 5322

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 23, 2009, in Nogales, in the District of Arizona, **Antonio Aguilar-Benitez** and **Beatriz Padres De Aguilar**, did knowingly attempt to transport monetary instruments of more than ten thousand dollars ($10,000) at one time, that is, $200,000.00 in United States Currency, from Nogales, in the District of Arizona, in the United States, to Nogales, Sonora, Mexico and did willfully fail to file a report as required by the Currency and Foreign Transactions Reporting Act of 1970 as amended in 1986; in violation of Title 31, United States Code, Sections 5316 and 5322 and Title 31 of the Code of Federal Regulations, Sections 103.23, 103.25 and 103.23.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 23, 2009, at approximately 9:00 p.m., **Antonio Aguilar-Benitez** attempted to exit the United States to the Republic of Mexico as the driver and registered owner of a 1974 Ford Courier pickup. **Aguilar** was accompanied by his wife, **Beatriz Padres De Aguilar**. Officers at the outbound inspection area asked **Aguilar** if he had any currency over $10,000.00 or other contraband and **Aguilar** replied in the negative. A search of **Aguilar's** vehicle revealed $200,000.00 in United States Currency, four loaded 9mm pistol magazines containing 50 rounds of 9mm ammunition, and a pistol holder concealed in the dashboard. **Aguilar** admitted he knew the vehicle contained currency and pistol magazines and he was to be paid $1,000.00 to transport the items from Phoenix, Arizona to Nogales, Sonora, Mexico. **Padres** stated that she was unaware that he vehicle contained currency, but stated that she helped her husband transport currency from the United States to Mexico on a previous occasion in the same vehicle and was paid $100.00 for her smuggling duties. **Padres** stated that on this occasion, she and **Aguilar** traveled to the same house in Phoenix, as they did on the previous smuggling event. **Padres** stated that upon arriving at the house, **Aguilar** an another man parked the vehicle in the garage of the house and closed the door and that she observed this same activity on the previous occasion.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

Rec: Detention
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
Lacey/kc
Approved by AUSA

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
June 24, 2009

[1] See Federal rules of Criminal Procedure Rules 3 and 54